Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Wendy F Royer** | |
| | First Name    Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name    Middle Name | Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF VIRGINIA** | |
| Case number: | **23-60719** | |
| (If known) | | |

☑ Check if this is an amended plan, and list below the sections of the plan that have been changed.
All sections

Official Form 113
# Chapter 13 Plan
12/17

## Part 1: Notices

**To Debtor(s):** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.

*In the following notice to creditors, you must check each box that applies*

**To Creditors:** **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan.

The following matters may be of particular importance. ***Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.***

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☑ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☑ Included | ☐ Not Included |

## Part 2: Plan Payments and Length of Plan

**2.1** Debtor(s) will make regular payments to the trustee as follows:

**$600.00** per **Month** for **6** months
**$1,380.00** per **Month** for **54** months

*Insert additional lines if needed.*

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2** **Regular payments to the trustee will be made from future income in the following manner.**

*Check all that apply:*
☐ Debtor(s) will make payments pursuant to a payroll deduction order.
☑ Debtor(s) will make payments directly to the trustee.
☐ Other (specify method of payment):

**2.3 Income tax refunds.**
*Check one.*
☑ Debtor(s) will retain any income tax refunds received during the plan term.

| Debtor | **Wendy F Royer** | Case number | **23-60719** |
|---|---|---|---|

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all income tax refunds received during the plan term.

☐ Debtor(s) will treat income refunds as follows:

**2.4 Additional payments.**
  *Check one.*
  ☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

**2.5** The total amount of estimated payments to the trustee provided for in §§ 2.1 and 2.4 is $<u>78,120.00</u>.

## Part 3: Treatment of Secured Claims

**3.1** **Maintenance of payments and cure of default, if any.**

  *Check one.*
  ☐ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*
  ☑ The debtor(s) will maintain the current contractual installment payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed either by the trustee or directly by the debtor(s), as specified below. Any existing arrearage on a listed claim will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated. Unless otherwise ordered by the court, the amounts listed on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) control over any contrary amounts listed below as to the current installment payment and arrearage. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless otherwise ordered by the court, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan. The final column includes only payments disbursed by the trustee rather than by the debtor(s).

| Name of Creditor | Collateral | Current installment payment (including escrow) | Amount of arrearage (if any) | Interest rate on arrearage (if applicable) | Monthly payment on arrearage | Estimated total payments by trustee |
|---|---|---|---|---|---|---|
| **Citizens Bank** | **218 Jefferson Woods Dr Forest, VA 24551 Bedford County** | $846.00 <br> Disbursed by: <br> ☐ Trustee <br> ☑ Debtor(s) | Prepetition: $1.00 | 0.00% | pro-rata | $0.00 |
| **First Tech Federal Credit Union** | **2014 Dodge Ram 176,000 miles PPT** | $636.36 <br> Disbursed by: <br> ☐ Trustee <br> ☑ Debtor(s) | Prepetition: $1.00 | 0.00% | pro-rata | $0.00 |
| **Specialized Loan Servicing LLC** | **218 Jefferson Woods Dr Forest, VA 24551 Bedford County** | $277.00 <br> Disbursed by: <br> ☐ Trustee <br> ☑ Debtor(s) | Prepetition: $600.00 | 0.00% | pro-rata | $0.00 |

*Insert additional claims as needed.*

**3.2** **Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*

  ☑ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

| Debtor | **Wendy F Royer** | Case number | **23-60719** |
|---|---|---|---|

**3.3  Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*

☐ **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*
☑ The claims listed below were either:

(1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or

(2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value.

These claims will be paid in full under the plan with interest at the rate stated below. These payments will be disbursed either by the trustee or directly by the debtor(s), as specified below. Unless otherwise ordered by the court, the claim amount stated on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) controls over any contrary amount listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. The final column includes only payments disbursed by the trustee rather than by the debtor(s).

| Name of Creditor | Collateral | Amount of claim | Interest rate | Monthly plan payment | Estimated total payments by trustee |
|---|---|---|---|---|---|
| **Bedford County Treasurer** | 2010 Subaru Legacy 130,000 miles | $3,000.00 | 8.25% | payments of $94.36 for 36 months to begin no later than 9 months from filing case<br>Disbursed by:<br>☑ Trustee<br>☐ Debtor(s) | $3,396.96 |
| **Discover Financial** | 218 Jefferson Woods Dr Forest, VA 24551 Bedford County | $21,774.62 | 6.00% | payments of $493.28 for 50 months to begin no later than 9 months from filing case<br>Disbursed by:<br>☑ Trustee<br>☐ Debtor(s) | $24,664.00 |
| **Portfolio Recovery Associates, LLC** | 218 Jefferson Woods Dr Forest, VA 24551 Bedford County | $8,900.52 | 6.00% | payments of $201.63 for 50 months to begin no later than 9 months from filing case<br>Disbursed by:<br>☑ Trustee<br>☐ Debtor(s) | $10,081.50 |
| **Truist/BB&T** | 218 Jefferson Woods Dr Forest, VA 24551 Bedford County | $11,222.79 | 6.00% | payments of $254.24 for 50 months to begin no later than 9 months from filing case<br>Disbursed by:<br>☑ Trustee<br>☐ Debtor(s) | $12,712.00 |

| Debtor | **Wendy F Royer** | Case number | **23-60719** |
|---|---|---|---|

*Insert additional claims as needed.*

**3.4** **Lien avoidance**.

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5** **Surrender of collateral.**

*Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*
☑ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Name of Creditor | Collateral |
|---|---|
| Evergreen Bank Group | 2004 Jayco Designer |

*Insert additional claims as needed.*

## Part 4: Treatment of Fees and Priority Claims

**4.1** **General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2** **Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case but are estimated to be **10.00**% of plan payments; and during the plan term, they are estimated to total $**7,812.00**.

**4.3** **Attorney's fees.**

The balance of the fees owed to the attorney for the debtor(s) is estimated to be $**7,600.10**.

**4.4** **Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*

☐ **None.** *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*
☑ The debtor(s) estimate the total amount of other priority claims to be **$0.00**

**4.5** **Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

## Part 5: Treatment of Nonpriority Unsecured Claims

**5.1** **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☐ The sum of $         .
☑ ___3___% of the total amount of these claims, an estimated payment of $___**4512.00**___.
☑ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

| Debtor | **Wendy F Royer** | Case number | **23-60719** |
|---|---|---|---|

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $ **10,494.00**. Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2   Maintenance of payments and cure of any default on nonpriority unsecured claims.** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

**5.3   Other separately classified nonpriority unsecured claims.** *Check one.*

☐ **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*
☑ The nonpriority unsecured allowed claims listed below are separately classified and will be treated as follows

| Name of Creditor | Basis for separate classification and treatment | Amount to be paid on the claim | Interest rate (if applicable) | Estimated total amount of payments |
|---|---|---|---|---|
| **Bitty Advance 2, LLC** | **Joint debt- to be paid by the chapter 13 trustee** | **$6,000.00** | **0.00%** | **$0.00** |

*Insert additional claims as needed.*

### Part 6:   Executory Contracts and Unexpired Leases

**6.1   The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one.*

☐ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*
☑ **Assumed items.** Current installment payments will be disbursed either by the trustee or directly by the debtor(s), as specified below, subject to any contrary court order or rule. Arrearage payments will be disbursed by the trustee. The final column includes only payments disbursed by the trustee rather than by the debtor(s).

| Name of Creditor | Description of leased property or executory contract | Current installment payment | Amount of arrearage to be paid | Treatment of arrearage (Refer to other plan section if applicable) | Estimated total payments to trustee |
|---|---|---|---|---|---|
| **Hometown Storage** | **Month to month lease for storage unit which debtor assumes. Arrears for June and July.** | **$99.00**<br>Disbursed by:<br>☐ Trustee<br>☑ Debtor(s) | **$198.00** | pro-rata | **$0.00** |

*Insert additional contracts or leases as needed.*

### Part 7:   Vesting of Property of the Estate

**7.1   Property of the estate will vest in the debtor(s) upon**
*Check the appliable box:*
☑ plan confirmation.
☐ entry of discharge.
☐ other: _____

### Part 8:   Nonstandard Plan Provisions

**8.1   Check "None" or List Nonstandard Plan Provisions**
☐ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.

| Debtor | **Wendy F Royer** | Case number | **23-60719** |
|---|---|---|---|

*The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.*
**(a). Additional Adequate Protection:**
**Adequate Protection also consists of the following in this case:**

**Unless otherwise provided herein, the monthly payment amounts listed in Parts 3.2 and 3.3 of the this Chapter 13 Plan will be paid as adequate protection beginning prior to confirmation to the holders of allowed secured claims.**

**Insurance will be maintained on all vehicles securing claims to be paid by the Trustee.**

**(b). Attorneys Fees**

**Attorneys Fees noted in Part 4.3 shall be approved on the confirmation date unless previously objected to. Said allowed fees shall be paid by the Trustee prior to the commencement of payments required to be made by the Trustee under Part 3, 4, 5 and 6 herein, except adequate protection payments, ongoing mortgage payments or regular payments to be paid by the Trustee.Said fees shall be paid pro-ratawith any DSO arrears being paid through the plan.**

**(c). Date Debtors to resume regular direct payments to Creditors that are being paid arrearages by the trustee under Part 3.1).**

| Creditor | Month Debtor to resume regular direct payments |
|---|---|
| Specialized Loan Servicing LLC | August 2023 |
| Hometown Storage | August 2023 |

**########ATTENTION ALL SECURED CREDITORS LISTED IN PART 3.1  ######:**
**PLEASE TAKE NOTICE THAT THE DEBTOR INTENDS TO CONTINUE TO MAKE REGULAR PAYMENTS ON YOUR SECURED DEBT.  ACCORDINGLY, YOU, THE SECURED CREDITOR REFERENCED ABOVE IN PART 3.1 , SHALL SEND MONTHLY MORTGAGE/AUTOMOBILE STATEMENTS CONSISTENT WITH YOUR PREPETITION PRACTICE.  SENDING SUCH STATEMENTS SHALL NOT BE CONSIDERED BY THE DEBTORS TO BE A VIOLATION OF THE AUTOMATIC STAY.**

*************** ATTENTION, CREDITORS LISTED IN PART 3.5.***************
**THE PROPERTY SECURED BY YOUR LOAN IS BEING SURRENDERED. A DEFICIENCY CLAIM MUST BE FILED WITHIN 180 DAYS OF CONFIRMATION OR THE ENTRY OF AN ORDER LIFTING THE STAY, WHICHEVER OCCURS FIRST. IF A DEFICIENCY CLAIM HAS NOT BEEN FILED WITHIN THIS TIME PERIOD, YOUR DEFICIENCY CLAIM WILL BE DISALLOWED. IF YOU FILE A DEFICIENCY CLAIM, YOU MUST ALSO PROVIDE PROOF THAT THE PROPERTY SURRENDERED WAS LIQUIDATED IN ACCORDANCE WITH STATE LAW.**

**Treatment and Payment of Claims.**
• **All creditors must timely file a proof of claim to receive payment from the Trustee.**
• **If a claim is scheduled as unsecured and the creditor files a claim alleging the claim is secured but does not timely object to confirmation of the Plan, the creditor may be treated as unsecured for purposes of distribution under the Plan.  This paragraph does not limit the right of the creditor to enforce its lien, to the extent not avoided or provided for in this case, after the debtor(s) receive a discharge.**
• **If a claim is listed in the plan as secured and the creditor files a proof of claim alleging the claim is unsecured, the creditor will be treated as unsecured for purposes of distribution under the Plan.**
• **The Trustee may adjust the monthly disbursement amount as needed to pay an allowed secured claim in full.**

***ATTN:STUDENT LOAN PROVIDERS/SERVICERS.Fed Loan Servicing, ECMC, Navient, Department of Education and any other parties holding Government guaranteed student loans, servicers and guarantors (hereafter referred to as "Ed") The Debtor is not seeking nor does this Plan provide for any discharge, in whole or in part of her student loan obligations.The Debtor shall be allowed to seek enrollment, or to maintain any pre-petition enrollment, in any applicable income-driven repayment ("IDR") plan with the U.S. Department of Education William D. Ford Federal Direct Loan Program, including but not limited to the Public Service Loan Forgiveness program, without disqualification due to her bankruptcy, if otherwise eligible under Federal Law.Any direct payments made from the Debtor to Ed since the filing of the petition shall be applied to any IDR plan in which the Debtor was enrolled pre-petition, including but not limited to the Public Service Loan Forgiveness program.Ed shall not be required to allow enrollment in any IDR unless the Debtor otherwise qualifies for such plan. During the pendency of any application by the Debtor to consolidate her student loans, to enroll in an IDR, direct payment of her student loans under an IDR, or during the pendency of any default in payment of the student loans under an IDR, it shall not be a violation of the stay or other State or Federal Laws for Ed to send the Debtor normal monthly statements regarding payments due and other communications including, without limitation, notices of late payments or delinquency.These communications may expressly include telephone calls and e-mails.**

| Debtor | **Wendy F Royer** | Case number | **23-60719** |
|---|---|---|---|

### Part 9: Signature(s):

**9.1  Signatures of Debtor(s) and Debtor(s)' Attorney**

*If the Debtor(s) do not have an attorney, the Debtor(s) must sign below, otherwise the Debtor(s) signatures are optional. The attorney for Debtor(s), if any, must sign below.*

X  **/s/ Wendy F Royer**  
    **Wendy F Royer**  
    Signature of Debtor 1

X  
    Signature of Debtor 2

Executed on  **July 27, 2023**

Executed on  _____

X  **/s/ Stephen E. Dunn**  
    **Stephen E. Dunn 26355**  
    Signature of Attorney for Debtor(s)

Date  **July 27, 2023**

**By filing this document, the Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Official Form 113, other than any nonstandard provisions included in Part 8.**

| Debtor | **Wendy F Royer** | Case number | **23-60719** |
|---|---|---|---|

## Exhibit: Total Amount of Estimated Trustee Payments

The following are the estimated payments that the plan requires the trustee to disburse. If there is any difference between the amounts set out below and the actual plan terms, the plan terms control.

| | | |
|---|---|---:|
| a. | **Maintenance and cure payments on secured claims** *(Part 3, Section 3.1 total)* | **$0.00** |
| b. | **Modified secured claims** *(Part 3, Section 3.2 total)* | **$0.00** |
| c. | **Secured claims excluded from 11 U.S.C. § 506** *(Part 3, Section 3.3 total)* | **$1,791.03** |
| d. | **Judicial liens or security interests partially avoided** *(Part 3, Section 3.4 total)* | **$0.00** |
| e. | **Fees and priority claims** *(Part 4 total)* | **$36.49** |
| f. | **Nonpriority unsecured claims** *(Part 5, Section 5.1, highest stated amount)* | **$0.00** |
| g. | **Maintenance and cure payments on unsecured claims** *(Part 5, Section 5.2 total)* | **$0.00** |
| h. | **Separately classified unsecured claims** *(Part 5, Section 5.3 total)* | **$0.00** |
| i. | **Trustee payments on executory contracts and unexpired leases** *(Part 6, Section 6.1 total)* | **$0.00** |
| j. | **Nonstandard payments** *(Part 8, total)*    + | **$0.00** |
| | **Total of lines a through j** | **$1,827.52** |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

In re:  Wendy F Royer

Debtor(s)

Chapter 13

Case No. 23-60719

**CERTIFICATION OF MAILING AND/OR SERVICE OF CHAPTER 13 PLAN**

I certify that a true and correct copy of the chapter 13 plan or the amended chapter 13 plan and amended plan cover sheet, filed electronically with the Court on **July 27, 2023**, has been mailed by first class mail postage prepaid to all creditors, equity security holders, and other parties in interest, including the United States Trustee, on **July 28, 2023**.

If the plan contains (i) a request under section 522(f) to avoid a lien or other transfer of property exempt under the Code or (ii) a request to determine the amount of a secured claim, the plan must be served on the affected creditors in the manner provided by Rule 7004 for service of a summons and complaint.  I certify that a true and correct copy of the chapter 13 plan has been served on the following parties pursuant to Rule 7004:

| **Name** | **Address** | **Method of Service** |
|---|---|---|
|  |  | Certified Mail |

/s/ Stephen E. Dunn
/s/ Michelle J. Dunn
Counsel for Debtor(s)

AFNI
FOR USCELLULAR
PO BOX 3517
BLOOMINGTON, IL 61702

CASH FLOW MANAGEMENT
FOR CENTRA HEALTH
PO BOX 21803
ROANOKE, VA 24018

CENTRA OUTPATIENT REHAB SE
PO BOX 824923
PHILADELPHIA, PA 19182

AFNI, INC.
FOR US CELLULAR
PO BOX 3427
BLOOMINGTON, IL 61702

CCO MORTGAGE CORP.
ATTN: BANKRUPTCY
10561 TELEGRAPH RD
GLEN ALLEN, VA 23059

CENTRAL VA FAMILY PHYSICIAN
ATTN #13050C
PO BOX 14000
BELFAST, ME 04915

AMEX
CORRESPONDENCE/BANKRUPTCY
PO BOX 981540
EL PASO, TX 79998

CENTRA
417 BRIDGE STREET
DANVILLE, VA 24541-1403

CENTRAL VA FAMILY PHYSICIANN
ATTN: 13050C
PO BOX 14000
BELFAST, ME 04915

BANK OF AMERICA
ATTN: BANKRUPTCY
4909 SAVARESE CIRCLE
TAMPA, FL 33634

CENTRA
ATTN: BANKRUPTCY
PO BOX 825309
PHILADELPHIA, PA 19182-5309

CHASE CARD SERVICES
ATTN: BANKRUPTCY
P.O. 15298
WILMINGTON, DE 19850

BARCLAYS BANK DELAWARE
ATTN: BANKRUPTCY
PO BOX 8801
WILMINGTON, DE 19899

CENTRA HEALTH
PO BOX 829851
PHILADELPHIA, PA 19182-9851

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 6294
CAROL STREAM, IL 60197-6294

BEDFORD COUNTY TREASURER
KIM SNOW, TREASURER
122 EAST MAIN STREET
BEDFORD, VA 24523

CENTRA HEALTH
PO BOX 829833
PHILADELPHIA, PA 19182-9833

CHRISTOPHER NEWTON
218 JEFFERSON WOODS DRIVE
FOREST, VA 24551

BITTY ADVANCE 2, LLC
REGISTERED AGENTS INC.
4445 CORPORATION LN STE 264
VIRGINIA BEACH, VA 23462-3262

CENTRA HEALTH INC
PRESIDENT, ANDREW MUELLER, MD
1920 ATHERHOLT RD
LYNCHBURG, VA 24501

CITI/L.L. BEAN
PO BOX 6497
SIOUX FALLS, SD 57117

BITTY ADVANCE 2, LLC
ATTN: BANKRUPTCY
1855 GRIFFIN RD STE A474
DANIA, FL 33004-2241

CENTRA HEALTH, INC.
HOLLY B. TRENT, REGISTERED AGENT
1901 TATE SPRINGS ROAD
LYNCHBURG, VA 24501

CITIZENS BANK
CEO, BRUCE VAN SAUN
1 CITIZENS PLAZA
PROVIDENCE, RI 02903

CAPITAL ONE / GM FLEXIBLE EARNING
PO BOX 71087
CHARLOTTE, NC 28272-1087

CENTRA LYNCHB HEMATOLOGY & ONCOLOGY
PO BOX 829829
PHILADELPHIA, PA 19182-9829

CITIZENS FINANCIAL GROUP, INC
REG AGT: JAMES H HUDSON, III
826 MAIN ST
WEST POINT, VA 23181

CARDMEMBER SERVICE
PO BOX 15548
WILMINGTON, DE 19886-5548

CENTRA MEDICAL GROUP
2010 ATHERHOLT RD
LYNCHBURG, VA 24501

CITIZENS FINANCIAL GROUP, INC
THOMAS F. CHERRY, PRESIDENT
18 WHITTAKERS MILL ROAD
WILLIAMSBURG, VA 23185

| | | |
|---|---|---|
| CLIENT SERVICES INC<br>FOR SYNCHRONY BANK LOWES<br>3451 HARRY S. TRUMAN BLVD<br>SAINT CHARLES, MO 63301-4047 | EVERGREEN BANK<br>3842 95TH ST W<br>EVERGREEN PARK, IL 60805 | GOLDMAN SACHS BANK USA<br>ATTN: BANKRUPTCY<br>PO BOX 70321<br>PHILADELPHIA, PA 19176 |
| CLIENT SERVICES INC<br>FOR SYNCHRONY BANK CARE CREDIT<br>3451 HARRY S. TRUMAN BLVD<br>SAINT CHARLES, MO 63301-4047 | EVERGREEN BANK GROUP<br>DARIN CAMPBELL, PRESIDENT/CEO<br>3842 95TH ST W<br>EVERGREEN PARK, IL 60805 | HOMETOWN STORAGE<br>21330 TIMBERLAKE RD<br>LYNCHBURG, VA 24502 |
| CMG PLASTIC SURGERY<br>1330 OAK LN STE 100<br>LYNCHBURG, VA 24503 | FBCS INC<br>FOR TRUIST<br>330 S. WARMINSTER RD, STE 353<br>HATBORO, PA 19040 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| COMENITY BANK/MAURICES<br>ATTN: BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS, OH 43218 | FIGURE LENDING LLC<br>REG AGT CORPORATION SERVICE COMPANY<br>100 SHOCKOE SLIP, 2ND FLOOR<br>RICHMOND, VA 23219 | IRHYTHM TECHNOLOGIES, INC.<br>PO BOX 19717<br>PALATINE, IL 60055-9717 |
| COMENITY BANK/PIER 1<br>ATTN: BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS, OH 43218 | FINANCIAL DATA SYSTEMS<br>FOR CENTRAL VIRGINIA IMAGING<br>PO BOX 688<br>WRIGHTSVILLE BEACH, NC 28480 | LVNV FUNDING<br>C/O RESURGENT CAPITAL SERVI<br>PO BOX 10587<br>GREENVILLE, SC 29603 |
| CREDIT CONTROL LLC<br>FOR JP MORGAN CHASE BANK NA<br>5757 PHANTOM DR, STE 330<br>HAZELWOOD, MO 63042 | FIRST TECH FCU<br>ATTN: BANKRUPTCY<br>PO BOX 2100<br>BEAVERTON, OR 97075 | MIDLAND CREDIT MANAGEMENT<br>FOR COMENITY BANK<br>350 CAMINO DE LA REINA, STE 1<br>SAN DIEGO, CA 92108 |
| CREDIT CONTROL, LLC<br>FOR JPMORGAN CHASE BANK, N.A.<br>3300 RIDER TRAIL S, SUITE 500<br>EARTH CITY, MO 63045 | FIRST TECH FEDERAL CREDIT UNION<br>GREG MITCHELL, CEO<br>2702 ORCHARD PKWY<br>SAN JOSE, CA 95134 | MIDLAND FUNDING/MIDLAND CREM<br>FOR COMENITY BANK / PIER 1 IM<br>PO BOX 939069<br>SAN DIEGO, CA 92193 |
| CVFP MEDICAL GROUP<br>ATTN: FELICIA TEMPLETON<br>1111 CORPORATE PARK DRIVE, STE D<br>FOREST, VA 24551 | FIRSTSOURCE ADVANTAGE, LLC<br>FOR SYNCHRONY BANK<br>205 BRYANT WOODS SOUTH<br>BUFFALO, NY 14228 | NATIONWIDE CREDIT, INC.<br>FOR JP MORGAN CHASE BANK N<br>PO BOX 15130<br>WILMINGTON, DE 19850-5130 |
| DISCOVER BANK<br>4601 SIX FORKS ROAD, SUITE 400<br>RALEIGH, NC 27609 | GENERAL MOTORS LLC<br>REG AGT: CORPORATION SERVICE CO<br>100 SHOCKOE SLIP FL 2<br>RICHMOND, VA 23219-4100 | PORTFOLIO RECOVERY ASSOCIA<br>CORPORATION SERVICE COMPAR<br>100 SHOCKOE SLIP FL 2<br>RICHMOND, VA 23219-4100 |
| DISCOVER FINANCIAL<br>ATTN: BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY, OH 43054 | GLASSER & GLASSER, PLC<br>FOR TRUIST<br>580 EAST MAIN STREET, SUITE 600<br>NORFOLK, VA 23510 | PRIVIA MEDICAL GROUP, LLC<br>PO BOX 13050<br>BELFAST, ME 04915-8428 |

| | | |
|---|---|---|
| RADIOLOGY CONSULTANTS<br>113 NATIONWIDE DR<br>LYNCHBURG, VA 24502 | SPECIALIZED LOAN SERVICING LLC<br>ATTN: BANKRUPTCY<br>P.O. BOX 630147<br>LITTLETON, CO 80163 | WF/AME GEM<br>PO BOX 14517<br>DES MOINES, IA 50306 |
| RADIOLOGY CONSULTANTS LYNCHBURG<br>PO BOX 580085<br>CHARLOTTE, NC 28258 | SPECIALIZED LOAN SERVICING LLC<br>REG AGT: UNITED AGENT GROUP, INC.<br>425 W. WASHINGTON STREET, STE 4<br>SUFFOLK, VA 23434-5320 | |
| REHAB ASSOCIATES OF CENTRAL VA<br>20347 TIMBERLAKE RD, STE B<br>LYNCHBURG, VA 24502 | SYNCHRONY BANK / BELK<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO, FL 32896 | |
| RESURGENT CAPITAL SERVICES/LVNV<br>FUNDING FOR CITIBANK N.A. /BEST BUY<br>PO BOX 10497<br>GREENVILLE, SC 29603 | SYNCHRONY BANK/CARE CREDIT<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 965064<br>ORLANDO, FL 32896 | |
| SCA CREDIT SERVICES, INC.<br>1502 WILLIAMSON ROAD NE<br>ROANOKE, VA 24012 | SYNCHRONY BANK/LOWES<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO, FL 32896 | |
| SCOTT & ASSOCIATES, P.C.<br>FOR LVNV FUNDING LLC<br>5029 CORPORATE WOODS DR., STE 210<br>VIRGINIA BEACH, VA 23466 | TENAGLIA & HUNT<br>FOR BANK OF AMERICA<br>9211 CORPORATE BLVD., SUITE 130<br>ROCKVILLE, MD 20850 | |
| SCOTT & ASSOCIATES, P.C.<br>FOR LVNV / CITIBANK<br>PO BOX 115220<br>CARROLLTON, TX 75011-5220 | TRANSWORLD SYSTEMS INC.<br>FOR CENTRAL VA FAMILY PHYSICIANS<br>500 VIRGINIA DRIVE, SUITE 514<br>FORT WASHINGTON, PA 19034 | |
| SID KIERSTEIN<br>1319 ENTERPRISE DRIVE<br>SUITE C<br>LYNCHBURG, VA 24502 | TRUIST/BB&T<br>ATTN: BANKRUPTCY<br>214 N TRYON ST<br>CHARLOTTE, NC 28202 | |
| SMITH DEBNAM<br>FOR DISCOVER FINANCIAL<br>PO BOX 176010<br>RALEIGH, NC 27619 | VIRGINIA DEPARTMENT OF TAXATION<br>PO BOX 2156<br>RICHMOND, VA 23218 | |
| SPECIALIZED LOAN SERVICING LLC<br>CEO, TOM MILLON<br>6200 S. QUEBEC ST<br>GREENWOOD VILLAGE, CO 80111-4720 | WELLS FARGO BANK, NA<br>REG AGT CORPORATION SERVICE COMPANY<br>100 SHOCKOE SLIP, FLR 2<br>RICHMOND, VA 23219 | |

# United States Bankruptcy Court
## Western District of Virginia

In re **Wendy F Royer**
Debtor(s)

Case No. **23-60719**
Chapter **13**

## AMENDED CHAPTER 13 PLAN COVER SHEET AND NOTICE OF HEARING

The attached plan is an amended plan that replaces the ☐ confirmed or ☑ unconfirmed plan dated **7/20/2023**.

The Court shall hold a hearing on confirmation of the attached plan and any timely filed objections on **Thursday, August 24, 2023, at 9:30 am or as soon thereafter as the parties may be heard by Video Conferencing URL:https://vawb-uscourts-gov.zoomgov.com/j/1603692643; Id: 160 369 2643.**

The following describes the section(s) of the plan being amended, the change in treatment, the affected creditor(s), and the impact of the change:

| Section of Plan | Change in Treatment | Creditor | Impact of Change |
|---|---|---|---|
| All sections | | All creditors | |

**/s/ Stephen E. Dunn**
**Stephen E. Dunn 26355**
Counsel for Debtor(s)

*Counsel for the debtor shall file a separate certification of mailing and/or service of the amended chapter 13 plan and this cover sheet, unless the Court orders otherwise.*