

**SIGNED THIS 16th day of November, 2023**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

_Rebecca B. Connelly_
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

In re
**Wendy F Royer**                                                                 **Chapter 13**
                                                                                   **Case No 23-60719**

**Debtor(s)**

## ORDER CONFIRMING PLAN

The Chapter 13 Plan filed by the Debtor(s) 9/29/2023**,** having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. § 1325(a);

It is ORDERED that:

(1) The Plan as filed or modified is CONFIRMED.

(2) Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

(3) All funds received by the Chapter 13 Trustee on or before the date of an order of dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.

(4) Other provisions:

**The Trustee shall retain her disposable income objection pursuant to 11 U.S. C. sec. 1325(b)(1)(B), confirmation shall not be res judicata as to this issue, and the Debtor(s) shall provide the Trustee with her state and federal income tax returns, including all schedules, each year beginning May 1, 2024.**

**Part 4.3 of the Plan is amended to show the attorney fee is $5,750 for business case plus $100.10 costs which shall be disbursed by the Trustee.**

**Part 5.1 of the Plan is amended to show a chapter 7 test figure of $18,209.**
**Trustee withdraws Motion to Dismiss.**

***End of Order***

/s/ Angela M. Scolforo
Angela M. Scolforo, Chapter 13 Trustee
VSB # 42574
P.O. Box 2103, Charlottesville VA 22902
Tel: (434) 817-9913, ext. 110
E-mail: AScolforo@cvillech13.net

SEEN AND AGREED

/s/ Stephen E. Dunn
Stephen E. Dunn, Esq.
VSB # 26355
201 Enterprise Drive
Suite A
Forest, VA 24551
434-385-4850
Fax : 434-385-8868
Email: stephen@stephendunn-pllc.com

Service of this Order is directed to the Debtor(s), Debtor(s) Attorney, the Trustee, the United States Trustee, the Internal Revenue Services, the U.S. Attorney, Debtor(s)' employer (if any wage deduction order is being modified) and all creditors specifically dealt with by the terms of this order.